IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICHARD C. FLEIG and
BEVERLY E. FLEIG,

      Appellants

vs.

ELLEN W. CROSBY, TRUSTEE
      Appellee

Civil No.: AMD 00-918

ORDER

Appellants having failed to serve and file a brief within 15 days after entry of the appeal on the docket as required by Bankruptcy Rule 8009(a) it is, this 18th day of May, 2000,

ORDERED that this appeal be dismissed.

The Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order to all parties and to the Clerk of the United States Bankruptcy Court.

Andre M. Davis
United States District Judge

U.S. District Court (Rev. 1/2000) - Bankruptcy Appeal - Dismissal, Failure to File Appellant